### BRISTOR v. FLAHERTY et al.

(Supreme Court, Appellate Term. December 28, 1899.)

APPEAL AND ERROR—RECORD—JURISDICTION.

Where the record does not show that defendant resides within the jurisdiction of the trial court, a judgment against him must be reversed.

Appeal from municipal court, borough of Manhattan, Second district.

Action by George R. Bristor against William H. Flaherty, impleaded with James C. Metcalfe. From a judgment for plaintiff, defendant Flaherty appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Maxwell C. Katz, for appellants.

George R. Bristor, for respondent.

MacLEAN, J. The defendant now objects, among other things, that the record is silent as to his residence within the jurisdiction of the trial court, and this is true. For this reason the judgment must be reversed. Frees v. Ford, 6 N. Y. 176; Gilbert v. York, 111 N. Y. 544, 19 N. E. 268.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.